UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDDHARTHA JHA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL OCH, DAVID WINDREICH, JOEL FRANK, ALLEN BUFFERD, J. BARRY GRISWELL, JEROME KENNEY and GEORGEANNE PROCTOR, <br><br> Defendants, <br> And <br><br> OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC, <br><br> Nominal Party. | Case No. 14-cv-6332 <br><br> MEMO ENDORSED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Siddhartha Jha, through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

Dated: November 11, 2014

Respectfully submitted,

BRODSKY & SMITH, LLC
By: *s/Evan J. Smith*
Evan J. Smith, Esquire
240 Mineola Boulevard
Mineola, NY 11501
Phone: 516-741-4799
Fax: 516-741-0626
Email: esmith@brodsky-smith.com

---

This case has been voluntarily dismissed without prejudice. Accordingly, the Clerk of the Court is directed to terminate the motion at docket number 10 and to close this case.
  So ordered.   11/12/14

_____
J. PAUL OETKEN
United States District Judge

1